**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| **DONALD F. BLIZZARD, Jr.,** | : | **BANKRUPTCY NO. 26-11617-AMC** |
| **Debtor.** | : | |

**ORDER SUSTAINING OBJECTION TO CHAPTER 13 PLAN**

AND NOW, on this _____ day of ___________________, 2026, upon consideration of the Objection of P&I Insurance Services, LLC to the Debtor's Chapter 13 Plan and after an opportunity to be heard, and cause therefore having been shown, and the Court having determined that Debtor's Chapter 13 Plan does not comply with 11 U.S.C. § 1325, it is hereby,

ORDERED that the Objection is SUSTAINED.

BY THE COURT:

______________________________________
Honorable Judge Ashely M. Chan
Chief United States Bankruptcy Judge