**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| **DONALD F. BLIZZARD, Jr.,** | : | **BANKRUPTCY NO. 26-11617-AMC** |
| **Debtor.** | : | |

## CERTIFICATE OF SERVICE

I, D. Alexander Barnes, Esquire, hereby certify that on September 4, 2026, a true and correct copy of the foregoing Objection of P&I Insurance Services, LLC to Debtor's Chapter 13 Plan was served via the Court's CM/ECF system, upon the individuals listed on the attached service list.

*/s/ D. Alexander Barnes*
D. Alexander Barnes, Esquire

**SERVICE LIST**

Wiliam Schroeder on behalf of Debtor Donald F. Blizzard
schroeder@jrlaw.org

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com