**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| **DONALD F. BLIZZARD, Jr.,** | : | **BANKRUPTCY NO. 26-11617-AMC** |
| **Debtor.** | : | |

**ORDER DISMISSING DEBTOR'S CHAPTER 13 CASE**

AND NOW, on this _____ day of __________________, 2026, upon consideration of the Motion of P&I Insurance Services, LLC to Dismiss the Debtor's Chapter Case (the "Motion") and after an opportunity to be heard, and cause therefore having been shown, and the Court having determined that cause to dismiss exists under 11 U.S.C. § 1307, it is hereby ORDERED,

That the Motion is GRANTED, and

That the Debtor's Chapter 13 case is DISMISSED with a bar to refiling.

BY THE COURT:

____________________________________
Honorable Judge Ashely M. Chan
Chief United States Bankruptcy Judge