**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| **DONALD F. BLIZZARD, Jr.,** | : | **BANKRUPTCY NO. 26-11617-AMC** |
| **Debtor.** | : | |

**CERTIFICATE OF SERVICE**

I, D. Alexander Barnes, Esquire, hereby certify that on September 4, 2026, a true and correct copy of the foregoing Motion of P&I Insurance Services, LLC to Dismiss Debtor's Chapter 13 Case was served via the Court's CM/ECF system, and upon the individuals listed on the attached service list by email.

*/s/ D. Alexander Barnes*
D. Alexander Barnes, Esquire

**SERVICE LIST**

Wiliam Schroeder on behalf of Debtor Donald F. Blizzard
schroeder@jrlaw.org

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com