**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| **DONALD F. BLIZZARD, Jr.,** | : | **BANKRUPTCY NO. 26-11617-AMC** |
| **Debtor.** | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

P&I Insurance Services, LLC ("P&I") has filed a Motion requesting the entry of an order dismissing or converting the Chapter 13 case of Donald F. Blizzard, Jr. (the "Debtor" or "Blizzard") pursuant to 11 U.S.C. §1307 (the "Motion") due to Debtor's ineligibility to be a Chapter 13 debtor under 11 U.S.C. §109(e) and the failure of Debtor to file the bankruptcy proceeding with requisite good faith under 11 U.S.C. §1307 (the "Motion").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **September 18, 2026, you or your attorney must file a response to the Motion.** *(See Instructions on next page).*

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, Chief United States Bankruptcy Judge for the Eastern District of Pennsylvania on September 29, 2026, at 11:00 a.m. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

   ☒ Telephonic via: 1-646-828-7666 (telephone number), 160 6807 8081 (meeting ID). No participant ID is necessary.

   ☐ Video Conference using the following link:

   ☐ In-Person participation is also available for this hearing.

4. **If you do not file a response to the Motion**, the court may enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

**Filing Instructions**

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

2. **If you are not required to file electronically**, you must file your response at

Clerk
United States Bankruptcy Court
for the Eastern District of Pennsylvania
Robert N.C. Nix Building, Suite 400
900 Market Street
Philadelphia, PA 19107

3. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorneys:

D. Alexander Barnes, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: 215-665-3184
E-mail: alexander.barnes@obermayer.com

Dated: September 4, 2026